**Slip Op. 02-35**

UNITED STATES COURT OF INTERNATIONAL TRADE

---

|  |  |
|---|---|
| BETHLEHEM STEEL CORPORATION, U.S. STEEL GROUP, A UNIT OF USX CORPORATION, ISPAT INLAND INC., LTV STEEL COMPANY, INC. and NATIONAL STEEL CORPORATION, | : : : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES, | : Court No. 99-08-00524 |
| Defendant, | : |
| and | : |
| USINAS SIDERÚRGICAS DE MINAS GERAIS S/A, COMPANHIA SIDERÚRGICA PAULISTA and COMPANHIA SIDERÚRGICA NACIONAL, | : : |
| Defendant-Intervenors. | : |

---

## JUDGMENT

Plaintiffs having filed a Motion for Judgment on the Agency Record challenging the determination of the U.S. Department of Commerce ("Commerce") suspending an investigation into the alleged dumping in the United States of certain steel products from Brazil, published at Suspension of Antidumping Duty Investigation, Hot-Rolled Flat-Rolled Carbon-Quality Steel Products from Brazil, 64 Fed. Reg. 38,792 (July 19, 1999); and further

The Court having granted Plaintiffs' motion in part in Slip Op. 01-65, 25 CIT ___, 146 F. Supp. 2d 927 (2001), and, pursuant thereto, having remanded the matter to Commerce; and further

The Court having stayed its remand order at Defendant's request, and with the consent of all parties, pending the outcome of the then-ongoing administrative review of the suspension agreement at issue; and further

Commerce now having published the final results of the administrative review terminating the suspension agreement, at Final Results of Antidumping Duty Administrative Review and Termination of the Suspension Agreement, Certain Hot-Rolled Flat-Rolled Carbon Quality Steel Products From Brazil, 67 Fed. Reg. 6226 (Feb. 11, 2002); and further

The 30-day period for appeal of the termination of the suspension agreement having expired, with no appeal taken, so that the suspension agreement which was the subject of this action no longer has legal force or effect; and further

Plaintiffs having filed a Stipulation of Dismissal under U.S. CIT Rule 41(a)(1)(B), signed by all parties to the action;

Now, therefore, after due deliberation, it is

ORDERED, ADJUDGED and DECREED that this case be, and it hereby is, dismissed.

_____
Delissa A. Ridgway
Judge

Dated:   April 2, 2002
              New York, New York